# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | CR. NO. 20-195 (RBW) |
| **JEFFREY HENRY WILLIAMSON** ) | |
| ) | |

## NOTICE OF FILING

Jeffrey Henry Williamson, *pro se*, through standby counsel, respectfully requests that the attached discovery letters, dated November 8, 2021 and two letters dated November 12, 2021, be made part of the record in this case.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Standby Counsel

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 24th day of November 2021, I caused a copy of the foregoing Notice to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
Standby Counsel