UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| vs. | : | Case No.: 20-CR-195 (RBW) |
| JEFFREY HENRY WILLIAMSON | : | |
| Defendant. | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**   Jeffrey Henry Williamson
Fed. Reg. No. 29447-016
FCI Butner Medium I
Old NC Hwy 75
Butner, NC 27509

**Name and address of appellant's attorney:**   Jeffrey Henry Williamson, *Pro Se*

**Offenses:** 18 U.S.C. § 876(c): Mailing a threatening communications (2 counts)
18 U.S.C. § 115(a)(1)(A) Assault – Family of Federal Official

**Concise statement of judgment or order, giving date, and any sentence:**
ORDER (04/11/22): The Defendant's Written Objections to Court's Order for Evaluation as Abuse of Discretion and Response to Any Report by Dr. Ross, ECF No. 87, are Denied.

**Name of institution where now confined, if not on bail:**   FCI Butner Medium I

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

April 19, 2022                                                                        Jeffrey Henry Williamson
DATE                                                                                         APPELLANT

CJA, NO FEE      NO                                                      *Pro Se*
PAID USDC FEE    NO                                                      ATTORNEY FOR APPELLANT
PAID USCA FEE    NO

Does counsel wish to appear on appeal? No
Has counsel ordered transcripts? No
Is this appeal pursuant to the 1984 Sentencing Reform Act? No