**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 20-195 (RBW) |
| ) | |
| JEFFREY HENRY WILLIAMSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On April 27, 2022, the Court held an ex parte hearing, via teleconference, with the defendant and standby counsel. The Court terminated the hearing because the defendant continued to challenge the Court's indication that, because matters before the Court are currently stayed—at the defendant's request—by his filing of an appeal before the District of Columbia Circuit, the Court will take no further action regarding this case until the appeal has been resolved by the Circuit.[1] Furthermore, in accordance with the oral rulings issued by the Court at the ex parte hearing held on April 27, 2022, via teleconference, it is hereby

**ORDERED** that this case remains **STAYED** pending the resolution of the defendant's appeal.

**SO ORDERED** this 28th day of April, 2022.

REGGIE B. WALTON
United States District Judge

---

[1] After the defendant's appeal is resolved, the Court will revisit whether there is a means by which Criminal Justice Act funds can be made available to the defendant as a pro se litigant so he is able to submit filings to the Court that are both necessary and relevant to the matters currently before the Court.