UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v

                         CASE No: 20-cr-195-RBW

JEFF H WILLIAMSON


DEFENDANT'S SUPPLEMENT OBJECTIONS TO GOVERNMENT'S
MOTIONS DKT 113 AND 114 AND PROSECUTORS FRIVOLOUS
ARGUMENTS FOR 18 USC 4246 REQUEST; PROSECUTORS VIOLATIONS
OF 28 U.S.C. 530B AND VIOLATIONS OF THE DC BAR RULES;
DISTRICT COURT ERRED IN ORDERING 18 USC 4242 EXAMINATION


    Defendant, Jeff H Williamson, pro se, files his supplement
objections to the Governments motions DKT 113 and 114 based upon
prosecutor repeated frivolous arguments that have no basis in
law or fact with false allegations in violation of 28 USC 530B
and the DC BAR Rules of Professional Conduct; and for the
District Court erred in ordering a 18 USC 4242 Examination
of defendant for insanity defense that the defendant never
requested, and did not ever file any Notice for such a defense.
In support of this motion, defendant states.

1. Defendant publishes political websites about US Government Corruption & Coverups on important worldwide and NATIONAL Issues which the defendant sought to use as a platform to secure a talk radio host contract and organize political leaders and citizens for Government Reform. See (Docket No 172/EXHIBIT 1/DEFENDANTS websites)

2. On 6/03/21, the district court pulled the trigger by ordering a mental examination of the defendant pursuant to 18 USC 4241, and 18 U.S.C. 4242/Insanity defense. See (DKT 74/order/20-cr-195). However, the defendant did Not ever request or File Any Notice To Raise Any insanity deFense in the case, a necessary requirement before a insanity examination can Be ordered.

3. The district court erred by ordering a INSANITY examination of the defendant 18 USC 4242 under Rule 12.2 Fed R Crim P without any Request or Notice Filed By The Defendant For That DeFense. See

EXHIBIT 1/US v Davis 93 F3d 1286 (6th Cir 1996)

EXHIBIT 2/US v RINALDi 351 F3d 285 (7th Cir 2003)

EXHIBIT 3/US v VISINAIZ 96 Fed Appx 594 (10th Cir 2004)

EXHIBIT 4/US v Akers 945 F Supp 1442 (D Colo 1996)

2

4.    The district Court created False impressions on the
record that the defendant requested a insANity defense
when he Never requested the defense and never Filed
ANY 18 USC 4242 Notice, under Rule 12.2 Fed R Crim P.
The above cases (EXHIBITS 1-4/case LAw) clearly
reFlect the district Court Lacked statutory authority
and Rule 12.2 prohibit the dist court From ordering
ANY INSANity examination unless the deFendant request
it or Files such a Notice which the deFendant never
did in this case.

5.    Based on the DISTRICT Court error in ordering
the insanity examination of the deFendant at
(DKT 74/Order/20-cr-195), Dr Heather Ross Relied
upon the district court error and conducted a
INSanity examination of the deFendant, and
submitted a Report based upon an insanity
examination the district Court Lack any authority
to order by law, or by the Rules.

6.    The Government Attorneys have repeatedly and knowingly
relied upon the district court error For the insanity
examination oF defendant, and requesting the court to
rely upon Dr Ross Report testimonial evidence that is based
upon a INSANity examination that the district Court
had no authority to order. See (EXHIBITS 1-4/CASELAW)
which the government seeks to use For its 18 USC 4246
request. See (Govt MOT/DKT 113 and 114)

3

7. On Aug 17, 2023, at the telephonic STATUS CONFERENCE
the government attorneys are continuing to make Frivolous
legal arguments advancing Dr Ross's Report as grounds
For Their Frivolous Motions (DKT 113 and 114/20-cr-195)
For which They Know the district court lacked Any
legal authority to order Any INsanity of defendant,
as defendant Never requested the defense and Never
Filed any such Notice of a insanity defense.
* See (EXHIBITS 1-4/CASE LAW)

8. Defendant objects to the district court's and
governments abuse of the legal process and power by
asserting defendants guilt by advancing a INSANITY
defense over defendants objections And without
Any request or Notice, creating False Impressions
on the court record that defendant is guilty.
* See (EXHIBITS 1-4/Case Law)

9. The DISTRICT Court AND Government abuse of the legal
process and power Is a New era of Weaponized Justice
Against political AND Religious Targets of The government.
See (Docket No 171-176/20-cr-195). The district
court and government attorneys weaponized use of the
DOJ-BOP Psychiatry to say what the prosecutors want
to coverup government corruption AND abuses of power
Is on the record. See (Docket No 125,126,136,146,
152,160,171-176/20-cr-195).

4.

10. Furthermore, the defense private investigator, Terry Brown, investigation found the DOJ-BOP is marred with corruption and coverups exposed by the US Congress and DOJ-BOP Whistleblowers. See (Docket No 174/ EXHIBITS 12 and 13/BOP Corruption and Coverups/20-cr-195)

This is coordinated corruption in the Federal court system in Washington DC as reported by Julie Kelly of American Greatness. The DOJ-FBI are going after Defendants political views and Religious Beliefs. * See (Docket No 171-176/20-cr-195)

11. Dr Ross's opinions in her Report are largely based on the insanity evaluation of the defendant that the district court lacked any legal authority to order at (DKT 74/order/20-cr-195). See (EXHIBITS 1-4/ CASE LAW). The Governments Motions Docket No 113 + 114 are largely based upon Dr Ross's opinions related to the insanity examination of the defendant that the district court lacked any legal authority to order as described in (EXHIBITS 1-4/CASE LAW). Therefore, the governments motions DKT 113 and 114 are largely Based upon an unlawful examination by Dr Ross and the governments motions must be Denied. Moreover, Dr Ross is employed that the DOJ-BOP marred with corruption and coverups that cast significant doubt on Dr Ross's opinions related to the BOP. See (DKT 174/EX 12 & 13)

5.

12. The Government Attorneys are Knowingly and willfully advancing Frivolous arguments in their motions (DKT 113 and 114/20-cr-195) and Frivolous verBal arguments at the Aug 17th, 2023 Hearing that the court and government has legal standing to assert a insanity defense For the defendant even though the defendant Never requested that defense or Filed such Insanity defense Notice. See (Aug 17th 2023 TRANS) (EXHIBITS 1-4/CASE LAW)

Such government attorneys Frivolous legal arguments and motions have No basis in law or fact with False claims in violation of 28 USC 530B; * DC BAR Rules 3.1 and 3.3, and Rule 8.4(c), (d), and violation of the Speedy TRIAL Act 18 USC 3161, 3162, 3164.

13. Defendant has Further Filed his objections to Dr Ross's Report Filed at Docket No 160 arguing her Report is time-barred; Failure to follow the criteria in the DSM-5 For Her opinions; Failure to consider the defendants Religious Beliefs For His conduct Filed at (Docket No 171-176/20-cr-195); and Top mental Health Experts Report the DSM-5 in which Dr Ross used For Her diagnosis lacks scientific reliability. See DKT 160 and other Fatal Flaws that bare her Report.

14. The Supreme Court has long stated that Religious Beliefs Need Not be acceptable, logical, consistant or comprehensible to others in order to merit protection. See Thomas 450 US at 714. The Supreme Court Further emphasized that Judges in

\* Religious Freedom Restoration Act, 42 USC 2000bb cases may not question the correctness or reasonableness of religious beliefs. See Hobby Lobby 134 SCt 2774, n 28, 2777-79: See (Docket No 171-176/ Defendant Religious Freedom Restoration Act Defense) with EXHIBITS 1-53/DKT 171-176

The courts are not arbiters of scriptural interpetation.
\* See Thomas 101 SCt at 1430

The defendants Religious Beliefs are clearly protected under the RFRA and First Amendment to US Constitution See (Docket No 171-176/20-cr-195). The Government charged the defendant based upon documented dreams that were based upon the defendants religious Beliefs as presented at (Docket No 171-176/20-cr-195) which describe defendants religious Beliefs at the time the communications were sent to the government officers as well as his mental states at the time of the alleged offenses in the indictment. See Also, PRIVATE Investigator Files at (Docket No 125,126, 136,146, 152, etc/20-cr-195)

15. The DOJ-BOP marred with corruption and coverups
Filed at (Docket No 174/EXHIBITS 12 and 13) engaged in
the theft of Defendants legal Files that relates to the
Defendants Religious Freedom Restoration Act Defense
at (Docket No 171-176/ 20-cr-195) which include
20 issues of The Religious Magazine, The Philadelphia
Trumpet; The Dreamers Dictionary From A to Z
by Lady Stern Robinson, a cross neckless, and
other Religious Litreture and Legal Research, The
DOJ-BOP are currently in Contempt, 18 USC 401
of the (District Court Order/ DKT 91) by Failure
to return defendants legal and Religious property.

16. The Government must prove all elements of the
offenses in the indictment to prove the defendants
guilt at trial. The district court nor the government
cannot raise a insanity defense that the defendant
never requested and never filed any such Notice
on the record, and the district court lacked any
legal authority to order any such insanity examination
by Dr Ross. Therefore, the government cannot rely on
Dr Ross's Report in support For Their Motions
DKT 113 and 114, For 18 USC 4246 assessment,
See (EXHIBITS 1-4/ CASE LAW). Defendant argues
that he did not have the mens Rea (mental State or
requisite intent, or "Knowingly" act to violate any
criminal laws charged in the indictment as he believed they
were Religious in nature, SEE, (DKT 171-176/ 20-cr-195)
* Elonis 135 SCT at 2010  ⑧

Based upon the Foregoing points and authorities, and the (EXHIBITS 1-4/CASE LAW) the defendant Request the following;

1. For the district Court to issue an Order denying Governments Motions DKT 113 and 114 based upon Dr Ross opinions Being Based upon a insanity examination of the defendant which the district court lacked authority to order as provided IN EXHIBITS 1-4/CASE LAW.

2. For the district court to refer the government attorneys to the DC BAR and DOJ OFFICE OF Professional Responsibility, per 28 C.F.R 0.39a, For Filing Frivolous Motions DKT 113 and 114, and For making verBAL Frivolous arguments at the Aug 17, 2023 Hearing IN violation of 28 USC 530B; DC BAR Rules 3.1 and 3.3 and Rule 8.4(c),(d). See (EXHIBITS 1-4/Case LAW)

* See CANON 3(B)(6) Code of Conduct For US Judges

3. For the district court to STRIKE Dr Ross's Report From the Record and Bar any use By DOJ OR BOP by Court Order due to the district courts Lack of legal authority to order any such insanity evaluation of defendant that he never requested For defense. See (EXHIBITS 1-4/Case LAW)

9

4. For the district court to hold the prosecutors and DOJ-BOP OFFICIALS IN CONTEMPT 18 USC 401 FOR Failure to return all of Defendants Religious AND Legal Files as Ordered at Docket 91/order

5. FOR the district court to impose sanctions on the Government Attorneys FOR abuse of the legal process Filing Frivolous Motions DKT 113 and 114 under the Speedy Trial Act 18 USC 3161, 3162, 3164, and to hold all days of the speedy TRIM clock against the government

6. And, any Further Relief the district court may deem just and proper.

Aug 30, 2023                          Respectfully Submitted,

EXHIBITS 1 - 4
ATTACHED

                    Certificate of Service,

Defendant, JEFF H WILLIAMSON certifies that a true and correct copy of the Foregoing motion was sent to standby Counsel FoR service on the government,

Aug 30, 2023                          

10