### UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v.                              ) | CR. NO. 20-195 (RBW) |
| **JEFFREY HENRY WILLIAMSON**    ) | |
| _____ ) | |

### NOTICE OF FILING

Jeffrey Henry Williamson, *pro se*, files the attached document with exhibits, labeled as "Defendant's Motion & Affidavit for Judge's Disqualification or Recusal Pursuant to 28 U.S.C. 144 and 28 U.S.C. 455; Certificate of Defendant."

Respectfully Submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
Standby Counsel

**CERTIFICATE OF SERVICE**

    I, Ubong E. Akpan, certify that on this 20th day of December 2024, I caused a copy of the foregoing Notice to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

                                      /s/
                            Ubong E. Akpan
                            Assistant Federal Public Defender